## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Dawan Taylor,                                    Civil No. 10-669 (RHK/FLN)

               Plaintiff,                    **ORDER**

vs.

K. Goines, Lieutenant, Officer Beadling,

               Defendants.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated December 13, 2010.   No objections have been filed to that Report and Recommendation in the time period permitted.   Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, **IT IS ORDERED**:

1.   The Report and Recommendation (Doc. No. 17) is **ADOPTED**; and

2.   This action is **DISMISSED WITHOUT PREJUDICE**.

Dated:   January 6, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge